# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 12 MAL 2020

              Respondent

:  Petition for Allowance of Appeal
:  from the Order of the Superior Court

              v.

RONNIE EUGENE JOHNSON,

              Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.